THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRYSTAL RIFE,

    Plaintiff,

    v.

KIKOLO KIJAKAZI, Acting
Commissioner of Social Security,[1]

    Defendant.

: CIVIL ACTION NO. 1:22-CV-243
: (JUDGE MARIANI)
: (Magistrate Judge Carlson)

## ORDER

AND NOW, THIS 16th DAY OF JUNE 2023, upon *de novo* review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 18), Plaintiff's objections thereto (Doc. 19), Defendant's response (Doc. 20), and other relevant documents, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 18) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's objections (Doc. 19) are **OVERRULED**.

3. Plaintiff's appeal of the Acting Commissioner's decision (Doc. 1) is **DENIED**.

4. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of the Acting Commissioner of Social Security and against Plaintiff Crystal Rife.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. She is automatically substituted for Andrew Saul pursuant to Fed. R. Civ. P. 25(d) (providing that when a public officer sued in his or her official capacity ceases to hold office while the action is pending, "the officer's successor is automatically substituted as a party."); *see also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

5. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge